FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:21-cr-00137-SMJ-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |
| CHRISTOPHER ALAN BRISTLIN, | |
| Defendant. | |

**IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation for Protective Order Regarding Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, **ECF No. 17**, is **GRANTED**.

   *A.* Pursuant to Federal Rule of Criminal Procedure 16(d)(1), 18 U.S.C. § 3509, and the parties' stipulation, the parties' proposed Stipulated Protective Order Regarding Identification of Minor Victim or Witness Pursuant to 18 U.S.C. § 3509, **ECF No. 17-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

//

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of October 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge