FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER ALAN BRISTLIN, <br><br> Defendant. | No.   1:21-cr-000137-SMJ-1 <br><br> **ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**:

**1.** The parties' Amended Stipulation Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 19**, is **GRANTED**.

   ***A.*** Pursuant to Federal Rule of Criminal Procedure 16(d)(1), 18 U.S.C. § 3509, and the parties' stipulation, the parties' proposed Stipulated Protective Order Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 18-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**2.** The parties' Stipulation Regarding Computer Forensic Review

Procedures for Child Pornography Contraband, **ECF No. 18**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of October 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 2