Case 2:21-cr-00137-SMJ    ECF No. 27    filed 11/18/21    PageID.105    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ALAN BRISTLIN,<br><br>Defendant. | No. 2:21-CR-00137-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITION NO. 22<br><br>**MOTION GRANTED**<br>**(ECF No. 25)** |

Before the Court is Defendant's Motion to Modify Release Condition No. 22, **ECF No. 25**. Defendant recites in his motion that U.S. Probation and the United States do not oppose this request.

Specifically, Defendant is requesting to modify release condition No. 22 that prohibited internet access, but also indicated the Court would review if the Defendant obtained employment requiring access, ECT No. 14. Defendant has obtained employment that requires access to the internet. U.S. Probation Officer Erik Carlson does not oppose this request as U.S. Probation can use a program Covenant Eyes to monitor the Defendant's internet usage.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 25,** is **GRANTED**. Defendant is allowed internet access for work purposes and agrees to allow monitoring of his internet access by U.S. Probation with the program Covenant Eyes.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 18, 2021.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1